EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: <br><br><br> Sharon M. Hernández López | 2017 TSPR 118 <br><br> 198 DPR ____ |
|---|---|

Número del Caso: TS-16,345


Fecha:    23 de junio de 2017


Abogada de la parte peticionaria:

        Por derecho propio


Materia:    Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Sharon M. Hernández López       TS-16,345

RESOLUCIÓN

San Juan, Puerto Rico, a 23 de junio de 2017.

Examinada la *Moción Urgente de Reinstalación*, presentada por la Sra. Sharon M. Hernández López, se provee ha lugar.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo